UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AYMAN SULEIMAN,

    Defendant.
_____/

**Violations**:
18 U.S.C. § 922(g)(1)

Case: 2:21−cr−20164
Assigned To : Lawson, David M.
Referral Judge: Patti, Anthony P.
Assign. Date : 3/9/2021
Description: INFO USA v. SULEIMAN (SO)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### FELON IN POSSESSION OF A FIREARM

On or about July 30, 2019, in the Eastern District of Michigan, the defendant, Ayman Suleiman, knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, 9mm, model M&P Shield, semi-automatic pistol, which had previously traveled in and affected interstate commerce; in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d), 28 U.S.C. § 2461
## Criminal Forfeiture

The allegations contained in Count One of this Information are hereby incorporated by reference for purposes of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

As a result of the foregoing violation of 18 U.S.C. § 922(g)(1), as charged in Count One of this Information, the defendant shall forfeit to the United States any firearm or ammunition used in any knowing violation of section 922(g).

SAIMA S. MOHSIN
ACTING UNITED STATES ATTORNEY

Matthew Roth
Chief, Major Crimes Unit

*/s/ Alyse Wu*

Alyse Wu
Jeanine Brunson
Assistant United States Attorneys
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9589
alyse.wu@usdoj.gov

Dated: March 9, 2021